MINNIE BAYER, Appellant, *v.* ADELAID E. ROSS et al., as Executors of WILLIAM O. ROSS, Deceased, Respondents.

*Contract — reformation — rescission — action to reform or rescind contract for sale of land.*

*Bayer* v. *Ross*, 189 App. Div. 930, affirmed.

(Submitted December 14, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1919, affirming a judgment in favor of defendants' testator entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought in equity for the reformation of a contract involving the sale by the testator to the plaintiff of certain lots at Grantwood, N. J., by inserting in said contract a covenant on the part of the testator to build a street or avenue in front of the lots so purchased by the plaintiff and for the specific performance of the contract as reformed, or in the alternative that the contract for the sale of said lots be rescinded and set aside, and that the testator be directed to repay all sums of money received by him of the plaintiff on account of the purchase price of the said lots, with interest. Plaintiff alleged that she was induced to enter into said contract by the misrepresentation made by testator's agent prior to and at the time of the execution of this contract, that the testator intended to establish a street

in front of the lots purchased by appellant during the spring of the following year, which intention the testator, concededly, at no time had.

*Hyman Dominetz* for appellant.

*Daniel D. Sherman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and CRANE, JJ. Not voting: CARDOZO, J.